IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| AUTO-OWNERS INSURANCE CO., | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | 5:04-CV-119 (WDO) |
| | : | |
| KIMBERLY KELLEY, et al., | : | |
| | : | |
| **Defendants** | : | |

**ORDER**

This matter is before the Court on Plaintiff's motion to lift the stay. Because the Plaintiff has failed to establish a sufficient amount in controversy to confer upon this Court subject matter jurisdiction over the case, Plaintiff's motion to lift the stay is DENIED. See Wilton v. Seven Falls Co., 515 U.S. 277, 115 S. Ct. 2137 (1995) (district court has broad discretion to stay federal case in favor of parallel state court proceedings); Borden v. Katzman, 881 F.2d 1035, 1037 (11th Cir. 1989) (Declaratory Judgment Act not an independent source of federal jurisdiction).

SO ORDERED this 15th day of February 2006.


S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE